THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES E. SMITH, Appellant.— Order reversed on the law and facts and matter remitted to the Erie County Court for a hearing. (See *People* v. *Alessi*, 280 App. Div. 961, and cases therein cited.) All concur. (Appeal from an order denying defendant's petition in *coram nobis*.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of the Construction of the Will of RITA B. BOEHM, Deceased. RITA B. DUGGAN et al., Respondents; WALTER A. BOEHM, SR., Appellant.— Decree affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from a decree construing certain paragraphs of a will.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [198 Misc. 994.]

BETTY M. S. BROWN, Appellant, v. EARL D. OSBORNE, Respondent.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeals from two orders [1] granting defendant's motion for dismissal of plaintiff's complaint and directing entry of judgment; and [2] denying permission to serve an amended complaint.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

In the Matter of the Estate of FRANCES WATKIN, Deceased. HELEN SCHWARTZ, as Administratrix of the Estate of FRANCES WATKIN, Deceased, Appellant; HELEN DOMBROWSKI, Respondent.— Decree insofar as appealed from affirmed, without costs of this appeal to either party. All concur. (Appeal from part of a decree determining title to and right to possession of a bank deposit, in a discovery proceeding.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

STANDARD SURETY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. MARYLAND CASUALTY COMPANY et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante*, p. 446; *post*, p. 1075.]

FRANK O. CASACELI, an Infant, by FRANK J. CASACELI, His Guardian ad Litem, Appellant, v. MARGUERITE SWART, as Administratrix of the Estate of LLOYD H. SWART, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 949.]

FRANK J. CASACELI, Appellant, v. MARGUERITE SWART, as Administratrix of the Estate of LLOYD H. SWART, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 949.]